IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| Merrill Lynch, Pierce, Fenner & Smith | ) ) ) | CV No.00-00595MLR |
| | ) | Trial Exhibits |
| Plaintiff(s), | ) ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| Arelma | ) ) ) | |
| Defendant(s). | ) | |

I, Ward Jones the designated Court custodian of all exhibits for this case, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, August 21, 2006

*Ward P. Jones*
_____
Signature

For: Ward Jones