UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD, C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

HONOLULU
NOV 13 06
HI
PB METER
7049106
$0.63
U.S. POSTAGE

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

**RTS** RETURN TO SENDER

CV 00-00595 MLR

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 27 2006
2:10 pm
DISTRICT OF HAWAII

Richard Cashman
Heller Ehrman White & McAuliffe LLP
120 West 45th St
New York, NY 10036

Richard Martin

CV 00-00595 MLR

Re: doc 413 Amended order Authorizing Deposit [SEALED]