UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
APR -9 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,<br><br>      Plaintiff - Appellee,<br><br>  v.<br><br>ENC CORPORATION; et al.,<br><br>      Defendants,<br><br>  and<br><br>ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br><br>      Defendant - Appellant,<br><br>MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated,<br><br>      Defendant - Appellee, | No. 04-16401<br>D.C. No. CV-00-00595-MLR<br><br>**ORDER**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>APR 1 1 2007<br><br>at ___ o'clock and ___ min. ___M<br>SUE BEITIA, CLERK<br><br><br><br>A TRUE COPY<br>CATHY A. CATTERSON<br>Clerk of Court<br>ATTEST<br><br>APR 0 9 2007<br><br>by _____<br>Deputy Clerk |

| | |
|---|---|
| PHILIPPINE NATIONAL BANK,<br><br>Defendant - Appellant. | |
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ENC CORPORATION; et al.,<br><br>Defendants,<br><br>and<br><br>MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated,<br><br>Defendant - Appellee,<br><br>REPUBLIC OF THE PHILIPPINES; et al.,<br><br>Defendants - Appellants. | No. 04-16503<br>D.C. No. CV-00-00595-MLR<br><br>**ORDER** |
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under | No. 04-16538<br>D.C. No. CV-00-00595-MLR |

| | |
|---|---|
| the laws of the State of Delaware with its principal place of business in New York, New York,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>ENC CORPORATION; et al.,<br><br>    Defendants,<br><br>and<br><br>THE ESTATE OF ROGER ROXAS; et al.,<br><br>    Defendants - Appellants,<br><br>MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated,<br><br>    Defendant - Appellee. | **ORDER** |

    The mandate issued March 23, 2007, was issued prematurely and is hereby recalled.

                                              FOR THE COURT:

                                              Cathy A. Catterson<br>
                                              Clerk of Court

                                              By: Beverly Brown<br>
                                              Deputy Clerk