


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

March 23, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 1 1 2007
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-16401 | Merrill Lynch, v. Arelna, Inc. | CV-00-00595-MLR |
| 04-16503 | Merrill Lynch, v. Philippines | CV-00-00595-MLR |
| 04-16538 | Merrill Lynch, v. Estate of Roger | CV-00-00595-MLR |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Beverly Brown
Deputy Clerk

Enclosure(s)
cc: All Counsel