UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ENC CORPORATION; et al.,<br><br>Defendants,<br><br>and<br><br>ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br><br>Defendant - Appellant,<br><br>MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated,<br><br>Defendant - Appellee, | No. 04-16401<br>D.C. No. CV-00-00595-MLR<br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>APR 1 1 2007<br><br>at 11 o'clock and __ min. __ M<br>SUE BEITIA, CLERK<br><br>A TRUE COPY<br>CATHY A. CATTERSON<br>Clerk of Court<br>ATTEST<br><br>MAR 23 2007 |

PHILIPPINE NATIONAL BANK,

    Defendant - Appellant.

---

MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,

    Plaintiff - Appellee,

v.

ENC CORPORATION; et al.,

    Defendants,

  and

MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated,

    Defendant - Appellee,

REPUBLIC OF THE PHILIPPINES; et al.,

    Defendants - Appellants.

No. 04-16503
D.C. No. CV-00-00595-MLR

**JUDGMENT**

---

MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under

No. 04-16538
D.C. No. CV-00-00595-MLR

| | |
|---|---|
| the laws of the State of Delaware with its principal place of business in New York, New York, | **JUDGMENT** |
| Plaintiff - Appellee, | |
| v. | |
| ENC CORPORATION; et al., | |
| Defendants, | |
| and | |
| THE ESTATE OF ROGER ROXAS; et al., | |
| Defendants - Appellants, | |
| MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated, | |
| Defendant - Appellee. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 09/12/06