**FILED**

FOR PUBLICATION

MAY 09 2006

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ENC CORPORATION; SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCOS; IMELDA R. MARCOS; FERDINAND R. MARCOS, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR | No. 04-16401<br><br>D.C. No. CV-00-00595-MLR<br><br>ORDER AMENDING OPINION<br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br>APR 11 2007<br>DISTRICT OF HAWAII |

CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; THE ESTATE OF ROGER ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113,

    Defendants,

  and,

ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland;,

    Defendant - Appellant,

MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated;,

    Defendant - Appellee,

PHILIPPINE NATIONAL BANK,

| | |
|---|---|
| Defendant - Appellant. | |

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,<br><br>      Plaintiff - Appellee,<br><br>    v.<br><br>ENC CORPORATION; ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCOS; IMELDA R. MARCOS; FERDINAND R. MARCOS, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing | No. 04-16503<br><br>D.C. No. CV-00-00595-MLR |

under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; THE ESTATE OF ROGER ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113; PHILIPPINE NATIONAL BANK,

    Defendants,

and,

MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated;,

    Defendant - Appellee,

REPUBLIC OF THE PHILIPPINES; PRESIDENTIAL COMMISSION ON GOOD GOVERNMENT, a government agency of the Republic of the Philippines,

    Defendants - Appellants.

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>ENC CORPORATION; ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCOS; IMELDA R. MARCOS; FERDINAND R. MARCOS, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an | No. 04-16538<br><br>D.C. No. CV-00-00595-MLR |

address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; PHILIPPINE NATIONAL BANK; REPUBLIC OF THE PHILIPPINES; PRESIDENTIAL COMMISSION ON GOOD GOVERNMENT, a government agency of the Republic of the Philippines,

    Defendants,

and,

THE ESTATE OF ROGER ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113;,

    Defendants - Appellants,

MARIANO J. PIMENTAL, on behalf of himself and all other persons similarly situated,

    Defendant - Appellee.

Appeal from the United States District Court
for the District of Hawaii

Manuel L. Real, District Judge, Presiding

Argued and Submitted March 14, 2005
San Francisco, California

Before: NOONAN, THOMAS, Circuit Judges, and ROBART*, District Judge.

The opinion filed on May 4, 2006, is amended as follows: on slip opinion page 5038, lines 29-32, the following sentence is deleted: "The phrase 'equity and good conscience' in our judicial usage is coterminous with the first opinions of the United States Supreme Court. *See Hollingsworth v. Ogle*, 1 U.S. 257 (1788)."

On slip opinion page 5038, line 29, the following sentence is added: "The phrase 'equity and good conscience' in our judicial usage is coterminous with the early opinions of the United States Supreme Court. *See Elmendorf v. Taylor*, 23 U.S. (10 Wheat.) 152, 181 (1825)."

---

* The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.

```
                                                            MOAgc EMERG
                                                                 CLOSED
                                                                                i
INTERNAL USE ONLY: Proceedings include all events.
04-16401 Merrill Lynch, v. Arelna, Inc., et al

MERRILL LYNCH, PIERCE, FENNER      Jeffrey S. Portnoy, Esq.
AND SMITH, INCORPORATED, a         FAX 808/540-5040
corporation organized and          808/521-9200
existing under the laws of the     Suite 1100
State of Delaware with its         [COR LD NTC ret]
principal place of business in     CADES, SCHUTTE, FLEMING &
New York, New York                 WRIGHT
      Plaintiff - Appellee         1000 Bishop Street
                                   Honolulu, HI 96813

                                   A. Robert Pietrzak, Esq.
                                   212/839-5300
                                   [COR LD NTC ret]
                                   SIDLEY AUSTIN, LLP
                                   787 Seventh Avenue
                                   New York, NY 10019

  v.

ENC CORPORATION                    Andrew V. Beaman, Esq.
      Defendant                    808/528-8200
                                   900 Hawaii Tower
                                   [COR LD NTC ret]
                                   CHUN, KERR, DODD, BEAMAN & WONG
                                   745 Fort Street
                                   Honolulu, HI 96813

ARELMA, INC., a corporation        Barry A. Smith
organized and existing under       Suite 2400
the laws of Panama with a          [COR LD ret]
permanent address at Ave.          BUCHALTER NEMER FIELDS &
Justo Alosemena y Calle 41         YOUNGER, APC
Este, No. 40-59 Pte al Colegio     601 S. Figueroa St.
Immeculada, Panama 1.Rep.de        Los Angeles, CA 90017-5704
Panama, and a mailing address
at c/o Suntrust Invenstment        Carol A. Eblen, Esq.
Co.S.A., ru de Jargonnant 2,       808/547-5600
P.O. Box 76, 1211 Geneva 6,        18th Floor
Switzerland                        [COR LD NTC ret]
      Defendant - Appellant        Ali'i Place
                                   1099 Alakea Street
                                   Honolulu, HI 96813

                                   Jay R. Ziegler, Esq.
                                   FAX 213/896-0400
                                   213/891-0700
                                   Suite 1500
                                   [COR LD NTC ret]
                                   BUCHALER NEMER, PC
                                   1000 Wilshire Blvd.
                                   Los Angeles, CA 90017-2457

SUNTRUST INVESTMENT CO., S.A.,     William C. McCorriston, Esq.
```

```
                                                  MOATS  EMERG
                                                  CLOSED
                                                                    i
INTERNAL USE ONLY: Proceedings include all events.
04-16401 Merrill Lynch, v. Arelna, Inc., et al
```

| | |
|---|---|
| a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD NTC ret]<br>McCORRISTON MILLER MUKAI<br>MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813 |
| JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCO; IMELDA R. MARCO; FERDINAND R. MARCO, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA<br>    Defendant | |
| FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom<br>    Defendant | |
| THE ESTATE OF ROGER ROXAS<br>    Defendant | Daniel C. Cathcart, Esq.<br>FAX 310/785-9143<br>310/553-6630<br>Suite 810<br>[COR LD NTC ret]<br>MAGANA CATHCART & McCARTHY<br>1801 Avenue of the Stars<br>Los Angeles, CA 90067-5899 |
| GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a | Daniel C. Cathcart, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
04-16503 Merrill Lynch, v. Philippines, et al

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York<br>    Plaintiff - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>A. Robert Pietrzak, Esq.<br>212/839-5300<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| v. | |
| ENC CORPORATION<br>    Defendant | Andrew V. Beaman, Esq.<br>808/528-8200<br>900 Hawaii Tower<br>[COR LD ret]<br>CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>Honolulu, HI 96813 |
| ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | Barry A. Smith<br>Suite 2400<br>[COR LD ret]<br>BUCHALTER NEMER FIELDS & YOUNGER, APC<br>601 S. Figueroa St.<br>Los Angeles, CA 90017-5704<br><br>Carol A. Eblen, Esq.<br>808/547-5600<br>18th Floor<br>[COR LD ret]<br>Ali'i Place<br>1099 Alakea Street<br>Honolulu, HI 96813 |
| SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard |

INTERNAL USE ONLY: Proceedings include all events.
04-16538 Merrill Lynch, v. Estate of Roger, et al

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York<br>    Plaintiff - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>A. Robert Pietrzak, Esq.<br>212/839-5300<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |

v.

| | |
|---|---|
| ENC CORPORATION<br>    Defendant | Andrew V. Beaman, Esq.<br>808/528-8200<br>900 Hawaii Tower<br>[COR LD ret]<br>CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>Honolulu, HI 96813 |
| ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | Barry A. Smith<br>Suite 2400<br>[COR LD ret]<br>BUCHALTER NEMER FIELDS & YOUNGER, APC<br>601 S. Figueroa St.<br>Los Angeles, CA 90017-5704<br><br>Carol A. Eblen, Esq.<br>808/547-5600<br>18th Floor<br>[COR LD ret]<br>Ali'i Place<br>1099 Alakea Street<br>Honolulu, HI 96813 |
| SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard |

INTERNAL USE ONLY: Proceedings include all events.
04-16538 Merrill Lynch, v. Estate of Roger, et al

| | |
|---|---|
| | Honolulu, HI 96813 |
| JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCO; IMELDA R. MARCO; FERDINAND R. MARCO, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA<br>    Defendant | Terry R. Grimm<br>[COR LD ret]<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601-9703 |
| FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom<br>    Defendant | Terry R. Grimm<br>(See above)<br>[COR LD ret] |
| THE ESTATE OF ROGER ROXAS<br>    Defendant - Appellant | Alexander T. MacLaren, Esq.<br>Suite 2450<br>[COR LD NTC ret]<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Daniel C. Cathcart, Esq.<br>FAX 310/785-9143<br>310/553-6630<br>Suite 810<br>[COR LD NTC ret]<br>MAGANA CATHCART & McCARTHY<br>1801 Avenue of the Stars<br>Los Angeles, CA 90067-5899<br><br>Ward D. Jones, Esq.<br>FAX 808/550-4991<br>808/550-4990<br>Suite 1400<br>[COR LD ret]<br>BERVAR & JONES<br>1001 Bishop Street |