FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,<br>      *Plaintiff-Appellee*,<br><br>v.<br><br>ENC CORPORATION; SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCOS; IMELDA R. MARCOS; FERDINAND R. MARCOS, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite | No. 04-16401<br>D.C. No.<br>CV-00-00595-MLR |

500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; THE ESTATE OF ROGER ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113,

       *Defendants,*

    and

ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment

Co.S.A., rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland,
     *Defendant-Appellant,*

MARIANO J. PIMENTEL, on behalf of himself and all other persons similarly situated,
     *Defendant-Appellee,*

PHILIPPINE NATIONAL BANK,
     *Defendant-Appellant.*

MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,
     *Plaintiff-Appellee,*

v.

ENC CORPORATION; ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment Co.S.A.,

No. 04-16503
D.C. No.
CV-00-00595-MLR

rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCOS; IMELDA R. MARCOS; FERDINAND R. MARCOS, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; THE ESTATE OF ROGER

MERRILL LYNCH v. ARELMA, INC.          11073

ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113; PHILIPPINE NATIONAL BANK,
     *Defendants,*

and

MARIANO J. PIMENTEL, on behalf of himself and all other persons similarly situated,
     *Defendant-Appellee,*

REPUBLIC OF THE PHILIPPINES; PRESIDENTIAL COMMISSION ON GOOD GOVERNMENT, a government agency of the Republic of the Philippines,
     *Defendants-Appellants.*

MERRILL LYNCH, PIERCE,
FENNER AND SMITH, INCORPORATED,
a corporation organized and
existing under the laws of the
State of Delaware with its
principal place of business in New
York, New York,
    *Plaintiff-Appellee,*

v.

ENC CORPORATION; ARELMA, INC.,
a corporation organized and
existing under the laws of Panama
with a permanent address at Ave.
Justo Alosemena y Calle 41 Este,
No. 40-59 Pte al Colegio
Immeculada, Panama 1.Rep.de
Panama, and a mailing address at
c/o Suntrust Investment Co.S.A.,
rue de Jargonnant 2, P.O. Box 76,
1211 Geneva 6, Switzerland;
SUNTRUST INVESTMENT CO., S.A., a
corporation organized and existing
under the laws of Switzerland with
an address at rue de Jargonnant 2,
P.O. Box 76, 1211 Geneva 6,
Switzerland; JOHN K. BURNS, a
citizen of the United States, with
an address at 300 Wacker Drive,
Suite, 900, Chicago, Illinois,
60606; THE ESTATE OF FERDINAND
E. MARCOS; IMELDA R. MARCOS;
FERDINAND R. MARCOS, JR.; MARIA
IMELDA MARCOS; IRENE MARCOS

No. 04-16538
D.C. No.
CV-00-00595-MLR
ORDER

MERRILL LYNCH v. ARELMA, INC.        11075

ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; PHILIPPINE NATIONAL BANK; REPUBLIC OF THE PHILIPPINES; PRESIDENTIAL COMMISSION ON GOOD GOVERNMENT, a government agency of the Republic of the Philippines,

*Defendants,*

and

THE ESTATE OF ROGER ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge,

Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113,
    *Defendants-Appellants,*

MARIANO J. PIMENTEL, on behalf of himself and all other persons similarly situated,
    *Defendant-Appellee.*

Filed September 12, 2006

Before: John T. Noonan, Sidney R. Thomas, Circuit Judges, and James L. Robart,* District Judge.

## ORDER

The opinion filed May 4, 2006, and amended May 9, 2006, is hereby WITHDRAWN. An amended opinion is filed concurrently with this order.

With the filing of the amended opinion, the panel has voted to deny the petition for rehearing. Judge Thomas has voted to deny the petition for rehearing en banc, and Judge Noonan and Judge Robart so recommend.

The full court has been advised of the petition for rehearing en banc, and no active judge has requested a vote whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing is DENIED, and the petition for rehearing en banc is DENIED.

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.

MORAG EMERG
CLOSED
i

INTERNAL USE ONLY: Proceedings include all events.
04-16401 Merrill Lynch, v. Arelna, Inc., et al

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York<br>    Plaintiff - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>A. Robert Pietrzak, Esq.<br>212/839-5300<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |

v.

| | |
|---|---|
| ENC CORPORATION<br>    Defendant | Andrew V. Beaman, Esq.<br>808/528-8200<br>900 Hawaii Tower<br>[COR LD NTC ret]<br>CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>Honolulu, HI 96813 |
| ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant - Appellant | Barry A. Smith<br>Suite 2400<br>[COR LD ret]<br>BUCHALTER NEMER FIELDS & YOUNGER, APC<br>601 S. Figueroa St.<br>Los Angeles, CA 90017-5704<br><br>Carol A. Eblen, Esq.<br>808/547-5600<br>18th Floor<br>[COR LD NTC ret]<br>Ali'i Place<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Jay R. Ziegler, Esq.<br>FAX 213/896-0400<br>213/891-0700<br>Suite 1500<br>[COR LD NTC ret]<br>BUCHALER NEMER, PC<br>1000 Wilshire Blvd.<br>Los Angeles, CA 90017-2457 |
| SUNTRUST INVESTMENT CO., S.A., | William C. McCorriston, Esq. |

INTERNAL USE ONLY: Proceedings include all events.
04-16401 Merrill Lynch, v. Arelna, Inc., et al

| | |
|---|---|
| a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD NTC ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813 |
| JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCO; IMELDA R. MARCO; FERDINAND R. MARCO, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA<br>    Defendant | |
| FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom<br>    Defendant | |
| THE ESTATE OF ROGER ROXAS<br>    Defendant | Daniel C. Cathcart, Esq.<br>FAX 310/785-9143<br>310/553-6630<br>Suite 810<br>[COR LD NTC ret]<br>MAGANA CATHCART & McCARTHY<br>1801 Avenue of the Stars<br>Los Angeles, CA 90067-5899 |
| GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a | Daniel C. Cathcart, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
04-16503 Merrill Lynch, v. Philippines, et al

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York<br>    Plaintiff - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>A. Robert Pietrzak, Esq.<br>212/839-5300<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| v. | |
| ENC CORPORATION<br>    Defendant | Andrew V. Beaman, Esq.<br>808/528-8200<br>900 Hawaii Tower<br>[COR LD ret]<br>CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>Honolulu, HI 96813 |
| ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | Barry A. Smith<br>Suite 2400<br>[COR LD ret]<br>BUCHALTER NEMER FIELDS & YOUNGER, APC<br>601 S. Figueroa St.<br>Los Angeles, CA 90017-5704<br><br>Carol A. Eblen, Esq.<br>808/547-5600<br>18th Floor<br>[COR LD ret]<br>Ali'i Place<br>1099 Alakea Street<br>Honolulu, HI 96813 |
| SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard |

```
                                                       MOAGE EMER-
                                                       CLOSED
                                                                    i
INTERNAL USE ONLY: Proceedings include all events.
04-16538 Merrill Lynch, v. Estate of Roger, et al

MERRILL LYNCH, PIERCE, FENNER      Jeffrey S. Portnoy, Esq.
AND SMITH, INCORPORATED, a         FAX 808/540-5040
corporation organized and          808/521-9200
existing under the laws of the     Suite 1100
State of Delaware with its         [COR LD NTC ret]
principal place of business in     CADES, SCHUTTE, FLEMING &
New York, New York                 WRIGHT
     Plaintiff - Appellee          1000 Bishop Street
                                   Honolulu, HI 96813

                                   A. Robert Pietrzak, Esq.
                                   212/839-5300
                                   [COR LD NTC ret]
                                   SIDLEY AUSTIN, LLP
                                   787 Seventh Avenue
                                   New York, NY 10019


  v.

ENC CORPORATION                    Andrew V. Beaman, Esq.
     Defendant                     808/528-8200
                                   900 Hawaii Tower
                                   [COR LD ret]
                                   CHUN, KERR, DODD, BEAMAN & WONG
                                   745 Fort Street
                                   Honolulu, HI 96813


ARELMA, INC., a corporation        Barry A. Smith
organized and existing under       Suite 2400
the laws of Panama with a          [COR LD ret]
permanent address at Ave.          BUCHALTER NEMER FIELDS &
Justo Alosemena y Calle 41         YOUNGER, APC
Este, No. 40-59 Pte al Colegio     601 S. Figueroa St.
Immeculada, Panama 1.Rep.de        Los Angeles, CA 90017-5704
Panama, and a mailing address
at c/o Suntrust Invenstment        Carol A. Eblen, Esq.
Co.S.A., ru de Jargonnant 2,       808/547-5600
P.O. Box 76, 1211 Geneva 6,        18th Floor
Switzerland                        [COR LD ret]
     Defendant                     Ali'i Place
                                   1099 Alakea Street
                                   Honolulu, HI 96813


SUNTRUST INVESTMENT CO., S.A.,     William C. McCorriston, Esq.
a corporation organized and        FAX 808-524-8293
existing under the laws of         808-529-7300
Switzerland with an address at     4th Floor
rue de Jargonnant 2, P.O. Box      [COR LD ret]
76, 1211 Geneva 6, Switzerland     McCORRISTON MILLER MUKAI
     Defendant                     MacKINNON LLP
                                   Attorney at Law
                                   Five Waterfront Plaza
                                   500 Ala Moana Boulevard

Docket as of September 7, 2006 9:00 am         Page 2    NON-PUBLIC
```

MCAGE EMERG
CLOSED
i

INTERNAL USE ONLY: Proceedings include all events.
04-16538 Merrill Lynch, v. Estate of Roger, et al

                                    Honolulu, HI 96813

| | |
|---|---|
| JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCO; IMELDA R. MARCO; FERDINAND R. MARCO, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA<br>    Defendant | Terry R. Grimm<br>[COR LD ret]<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601-9703 |
| FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom<br>    Defendant | Terry R. Grimm<br>(See above)<br>[COR LD ret] |
| THE ESTATE OF ROGER ROXAS<br>    Defendant - Appellant | Alexander T. MacLaren, Esq.<br>Suite 2450<br>[COR LD NTC ret]<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Daniel C. Cathcart, Esq.<br>FAX 310/785-9143<br>310/553-6630<br>Suite 810<br>[COR LD NTC ret]<br>MAGANA CATHCART & McCARTHY<br>1801 Avenue of the Stars<br>Los Angeles, CA 90067-5899<br><br>Ward D. Jones, Esq.<br>FAX 808/550-4991<br>808/550-4990<br>Suite 1400<br>[COR LD ret]<br>BERVAR & JONES<br>1001 Bishop Street |