FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

MERRILL LYNCH, PIERCE,
FENNER AND SMITH, INCORPORATED,
a corporation organized and
existing under the laws of the
State of Delaware with its
principal place of business in New
York, New York,
            *Plaintiff-Appellee*,

v.

ENC CORPORATION; SUNTRUST
INVESTMENT CO., S.A., a
corporation organized and existing
under the laws of Switzerland with
an address at rue de Jargonnant 2,
P.O. Box 76, 1211 Geneva 6,
Switzerland; JOHN K. BURNS, a
citizen of the United States, with
an address at 300 Wacker Drive,
Suite, 900, Chicago, Illinois,
60606; THE ESTATE OF FERDINAND
E. MARCOS; IMELDA R. MARCOS;
FERDINAND R. MARCOS, JR.; MARIA
IMELDA MARCOS; IRENE MARCOS
ARANETA; FRONTIER RISK CAPITAL
MANAGEMENT, L.C.C., a limited
liability company organized and
existing under the laws of the
State of Nevada, with a registered
office at 6100 Neil Road, Suite

No. 04-16401
D.C. No.
CV-00-00595-MLR

18101

500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; THE ESTATE OF ROGER ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113,

*Defendants,*

and

ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment

MERRILL LYNCH v. ARELMA, INC.          18103

Co.S.A., rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland,
    *Defendant-Appellant,*

MARIANO J. PIMENTEL, on behalf of himself and all other persons similarly situated,
    *Defendant-Appellee,*

PHILIPPINE NATIONAL BANK,
    *Defendant-Appellant.*

MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York,
    *Plaintiff-Appellee,*

v.

ENC CORPORATION; ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Investment Co.S.A.,

No. 04-16503
D.C. No.
CV-00-00595-MLR

rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland; JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCOS; IMELDA R. MARCOS; FERDINAND R. MARCOS, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the State of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; THE ESTATE OF ROGER

ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge, Georgia 30513, and a mailing address at 260 Carrollton St., Buchanan, GA 30113; PHILIPPINE NATIONAL BANK,
                *Defendants,*

and

MARIANO J. PIMENTEL, on behalf of himself and all other persons similarly situated,
                *Defendant-Appellee,*

REPUBLIC OF THE PHILIPPINES; PRESIDENTIAL COMMISSION ON GOOD GOVERNMENT, a government agency of the Republic of the Philippines,
                *Defendants-Appellants.*

MERRILL LYNCH, PIERCE,
FENNER AND SMITH, INCORPORATED,
a corporation organized and
existing under the laws of the
State of Delaware with its
principal place of business in New
York, New York,
    *Plaintiff-Appellee,*

v.

ENC CORPORATION; ARELMA, INC.,
a corporation organized and
existing under the laws of Panama
with a permanent address at Ave.
Justo Alosemena y Calle 41 Este,
No. 40-59 Pte al Colegio
Immeculada, Panama 1.Rep.de
Panama, and a mailing address at
c/o Suntrust Investment Co.S.A.,
rue de Jargonnant 2, P.O. Box 76,
1211 Geneva 6, Switzerland;
SUNTRUST INVESTMENT CO., S.A., a
corporation organized and existing
under the laws of Switzerland with
an address at rue de Jargonnant 2,
P.O. Box 76, 1211 Geneva 6,
Switzerland; JOHN K. BURNS, a
citizen of the United States, with
an address at 300 Wacker Drive,
Suite, 900, Chicago, Illinois,
60606; THE ESTATE OF FERDINAND
E. MARCOS; IMELDA R. MARCOS;
FERDINAND R. MARCOS, JR.; MARIA
IMELDA MARCOS; IRENE MARCOS

No. 04-16538
D.C. No.
CV-00-00595-MLR
ORDER

ARANETA; FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the State of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom; PHILIPPINE NATIONAL BANK; REPUBLIC OF THE PHILIPPINES; PRESIDENTIAL COMMISSION ON GOOD GOVERNMENT, a government agency of the Republic of the Philippines,

*Defendants,*

and

THE ESTATE OF ROGER ROXAS; GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the State of Georgia, with a registered office at 710 West First Street, Blue Ridge,

Georgia 30513, and a mailing
address at 260 Carrollton St.,
Buchanan, GA 30113,
   *Defendants-Appellants,*

MARIANO J. PIMENTEL, on behalf of
himself and all other persons
similarly situated,
   *Defendant-Appellee.*

Filed November 3, 2006

Before: John T. Noonan, Sidney R. Thomas, Circuit Judges,
and James L. Robart,* District Judge.

## ORDER

The panel has voted to deny the petitions for rehearing. Judge Thomas has voted to deny the petitions for rehearing en banc and to deny any further petitions, and Judge Noonan and Judge Robart so recommend.

Petitioners' fears of *res judicata* are baseless.

The Republic's claims of prejudice under Rule 19(b) are without merit, because its suit to recover the Arelma assets in the Philippines is a forfeiture action, one which a unanimous *en banc* Philippine Supreme Court has "categorically declared" is *in rem*. *Rep. of the Phil. v. Sandiganbayan*, (2003). The Republic has no jurisdiction over the *rem*, which is in the United States, and any judgment made without proper jurisdiction is unenforceable in the United States.

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.

MERRILL LYNCH v. ARELMA, INC.   18109

Restatement (Third) of the Foreign Relations Law of the United States, § 482(2)(a) (1987).

Petitioner also omits the crucial language in *American Greyhound*, *see* Pet. Reh'g at 6, which reads, "some courts have held that sovereign immunity forecloses in favor of tribes the entire balancing process under Rule 19(b), but we have continued to follow the four-factor process even with immune tribes." *Am. Greyhound Racing, Inc. v. Hull*, 305 F.3d 1015, 1025 (9th Cir. 2002).

The full court has been advised of the petitions for rehearing en banc, and no active judge has requested a vote whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for rehearing en banc are DENIED.

INTERNAL USE ONLY: Proceedings include all events.
03-17184 Freitag, et al v. Ayers, et al

| | |
|---|---|
| DEANNA L. FREITAG<br>    Plaintiff - Appellee | John L. Burris, Esq.<br>510-839-5200<br>#1120<br>[COR LD NTC ret]<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Center<br>7677 Oakport Dr.<br>Oakland, CA 94621<br><br>Pamela Y. Price, Esq.<br>FAX 510/452-5625<br>510/452-0292<br>Ste. 1450<br>[COR LD NTC ret]<br>PRICE & ASSOCIATES<br>1611 Telegraph Ave.<br>Oakland, CA 94612 |
| v. | |
| ROBERT J. AYERS, JR.<br>    Defendant - Appellant | Richard L. Manford, Esq.<br>FAX 916/322-4916<br>916/324-5367<br>[COR LD NTC dag]<br>Jacob A. Appelsmith<br>FAX 916/322-4916<br>916/324-5492<br>[dag]<br>Vincent J. Scally, Jr., Esq.<br>FAX 916/324-5567<br>916/324-5468<br>[COR LD NTC ag]<br>AGCA - OFFICE OF THE CALIFORNIA<br>ATTORNEY GENERAL (SAC)<br>1300 "I" St.<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| TERESA SCHWARTZ<br>    Defendant - Appellant | Marybelle D. Archibald<br>[dag]<br>Richard L. Manford, Esq.<br>(See above)<br>[COR LD NTC dag]<br>Jacob A. Appelsmith<br>(See above)<br>[dag]<br>Vincent J. Scally, Jr., Esq.<br>(See above)<br>[COR LD NTC ag]<br>AGCA - OFFICE OF THE CALIFORNIA<br>ATTORNEY GENERAL (SAC)<br>1300 "I" St.<br>P.O. Box 944255 |

```
                                                                    MORATOVIST
                                                                    CLOSED
                                                                                i
INTERNAL USE ONLY: Proceedings include all events.
03-17184 Freitag, et al v. Ayers, et al
                                    Sacramento, CA 94244-2550

DAVID A. CARMICHAEL              Marybelle D. Archibald
      Defendant                  (See above)
                                 [dag]
                                 Richard L. Manford, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
                                 (See above)
                                 [dag]

G. RODMAN                        Marybelle D. Archibald
      Defendant                  (See above)
                                 [dag]
                                 Richard L. Manford, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
                                 (See above)
                                 [dag]

PAUL DILLARD                     Marybelle D. Archibald
      Defendant                  (See above)
                                 [dag]
                                 Richard L. Manford, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
                                 (See above)
                                 [dag]

BARRY O'NEILL                    Marybelle D. Archibald
      Defendant                  (See above)
                                 [dag]
                                 Richard L. Manford, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
                                 (See above)
                                 [dag]

GEORGE NEOTTI                    Marybelle D. Archibald
      Defendant                  (See above)
                                 [dag]
                                 Richard L. Manford, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
                                 (See above)
                                 [dag]

AUGGIE LOPEZ                     Marybelle D. Archibald
      Defendant - Appellant      (See above)
```

```
INTERNAL USE ONLY: Proceedings include all events.
03-17398 Freitag, et al v. Ayers, et al

DEANNA L. FREITAG                John L. Burris, Esq.
     Plaintiff - Appellee        510-839-5200
                                 #1120
                                 [COR LD NTC ret]
                                 LAW OFFICES OF JOHN L. BURRIS
                                 Airport Corporate Center
                                 7677 Oakport Dr.
                                 Oakland, CA 94621

                                 Pamela Y. Price, Esq.
                                 FAX 510/452-5625
                                 510/452-0292
                                 Ste. 1450
                                 [COR LD NTC ret]
                                 PRICE & ASSOCIATES
                                 1611 Telegraph Ave.
                                 Oakland, CA 94612


     v.

ROBERT J. AYERS, JR.             Marybelle D. Archibald
     Defendant - Appellant       [dag]
                                 Richard L. Manford, Esq.
                                 FAX 916/322-4916
                                 916/324-5367
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
                                 FAX 916/322-4916
                                 916/324-5492
                                 [dag]
                                 AGCA - OFFICE OF THE CALIFORNIA
                                 ATTORNEY GENERAL (SAC)
                                 1300 "I" St.
                                 P.O. Box 944255
                                 Sacramento, CA 94244-2550

TERESA SCHWARTZ                  Marybelle D. Archibald
     Defendant - Appellant       (See above)
                                 [dag]
                                 Richard L. Manford, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
                                 (See above)
                                 [dag]

DAVID A. CARMICHAEL              Marybelle D. Archibald
     Defendant                   (See above)
                                 [dag]
                                 Richard L. Manford, Esq.
                                 (See above)
                                 [COR LD NTC dag]
                                 Jacob A. Appelsmith
```

```
INTERNAL USE ONLY: Proceedings include all events.
03-17398 Freitag, et al v. Ayers, et al

                                    (See above)
                                    [dag]

G. RODMAN                           Marybelle D. Archibald
     Defendant                      (See above)
                                    [dag]
                                    Richard L. Manford, Esq.
                                    (See above)
                                    [COR LD NTC dag]
                                    Jacob A. Appelsmith
                                    (See above)
                                    [dag]

PAUL DILLARD                        Marybelle D. Archibald
     Defendant                      (See above)
                                    [dag]
                                    Richard L. Manford, Esq.
                                    (See above)
                                    [COR LD NTC dag]
                                    Jacob A. Appelsmith
                                    (See above)
                                    [dag]

BARRY O'NEILL                       Marybelle D. Archibald
     Defendant                      (See above)
                                    [dag]
                                    Richard L. Manford, Esq.
                                    (See above)
                                    [COR LD NTC dag]
                                    Jacob A. Appelsmith
                                    (See above)
                                    [dag]

GEORGE NEOTTI                       Marybelle D. Archibald
     Defendant                      (See above)
                                    [dag]
                                    Richard L. Manford, Esq.
                                    (See above)
                                    [COR LD NTC dag]
                                    Jacob A. Appelsmith
                                    (See above)
                                    [dag]

AUGGIE LOPEZ                        Marybelle D. Archibald
     Defendant - Appellant          (See above)
                                    [dag]
                                    Richard L. Manford, Esq.
                                    (See above)
                                    [COR LD NTC dag]
                                    Jacob A. Appelsmith
                                    (See above)
                                    [dag]

CALIFORNIA DEPARTMENT OF            Marybelle D. Archibald
```

INTERNAL USE ONLY: Proceedings include all events.
04-16401 Merrill Lynch, v. Arelna, Inc., et al

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York<br>    Plaintiff - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>A. Robert Pietrzak, Esq.<br>212/839-5300<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| v. | |
| ENC CORPORATION<br>    Defendant | Andrew V. Beaman, Esq.<br>808/528-8200<br>900 Hawaii Tower<br>[COR LD NTC ret]<br>CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>Honolulu, HI 96813 |
| ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant - Appellant | Carol A. Eblen, Esq.<br>808/547-5600<br>18th Floor<br>[COR LD NTC ret]<br>Ali'i Place<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Jay R. Ziegler, Esq.<br>FAX 213/896-0400<br>213/891-0700<br>Suite 1500<br>[COR LD NTC ret]<br>BUCHALER NEMER, PC<br>1000 Wilshire Blvd.<br>Los Angeles, CA 90017-2457<br><br>Barry A. Smith<br>FAX 213/896-0400<br>213/891-0700<br>Ste. 1500<br>[COR LD ret]<br>BUCHALTER NEMER<br>1000 Wilshire Blvd.<br>Los Angeles, CA 90017 |

INTERNAL USE ONLY: Proceedings include all events.
04-16401 Merrill Lynch, v. Arelna, Inc., et al

| | |
|---|---|
| SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD NTC ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813 |
| JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCO; IMELDA R. MARCO; FERDINAND R. MARCO, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA<br>    Defendant | |
| FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom<br>    Defendant | |
| THE ESTATE OF ROGER ROXAS<br>    Defendant | Daniel C. Cathcart, Esq.<br>FAX 310/785-9143<br>310/553-6630<br>Suite 810<br>[COR LD NTC ret]<br>MAGANA CATHCART & McCARTHY<br>1801 Avenue of the Stars<br>Los Angeles, CA 90067-5899 |
| GOLDEN BUDHA CORPORATION, a corporation organized and existing under the laws of the | Daniel C. Cathcart, Esq.<br>(See above)<br>[COR LD NTC ret] |

```
INTERNAL USE ONLY: Proceedings include all events.
04-16503 Merrill Lynch, v. Philippines, et al
```

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York<br>　　Plaintiff - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>A. Robert Pietrzak, Esq.<br>212/839-5300<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| v. | |
| ENC CORPORATION<br>　　Defendant | Andrew V. Beaman, Esq.<br>808/528-8200<br>900 Hawaii Tower<br>[COR LD ret]<br>CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>Honolulu, HI 96813 |
| ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>　　Defendant | Carol A. Eblen, Esq.<br>808/547-5600<br>18th Floor<br>[COR LD ret]<br>Ali'i Place<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Barry A. Smith<br>FAX 213/896-0400<br>213/891-0700<br>Ste. 1500<br>[COR LD ret]<br>BUCHALTER NEMER<br>1000 Wilshire Blvd.<br>Los Angeles, CA 90017 |
| SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>　　Defendant | William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza |

INTERNAL USE ONLY: Proceedings include all events.
04-16538 Merrill Lynch, v. Estate of Roger, et al

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York, New York<br>    Plaintiff - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>A. Robert Pietrzak, Esq.<br>212/839-5300<br>[COR LD NTC ret]<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| v. | |
| ENC CORPORATION<br>    Defendant | Andrew V. Beaman, Esq.<br>808/528-8200<br>900 Hawaii Tower<br>[COR LD ret]<br>CHUN, KERR, DODD, BEAMAN & WONG<br>745 Fort Street<br>Honolulu, HI 96813 |
| ARELMA, INC., a corporation organized and existing under the laws of Panama with a permanent address at Ave. Justo Alosemena y Calle 41 Este, No. 40-59 Pte al Colegio Immeculada, Panama 1.Rep.de Panama, and a mailing address at c/o Suntrust Invenstment Co.S.A., ru de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | Carol A. Eblen, Esq.<br>808/547-5600<br>18th Floor<br>[COR LD ret]<br>Ali'i Place<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Barry A. Smith<br>FAX 213/896-0400<br>213/891-0700<br>Ste. 1500<br>[COR LD ret]<br>BUCHALTER NEMER<br>1000 Wilshire Blvd.<br>Los Angeles, CA 90017 |
| SUNTRUST INVESTMENT CO., S.A., a corporation organized and existing under the laws of Switzerland with an address at rue de Jargonnant 2, P.O. Box 76, 1211 Geneva 6, Switzerland<br>    Defendant | William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza |

INTERNAL USE ONLY: Proceedings include all events.
04-16538 Merrill Lynch, v. Estate of Roger, et al

|  |  |
|---|---|
|  | 500 Ala Moana Boulevard<br>Honolulu, HI 96813 |
| JOHN K. BURNS, a citizen of the United States, with an address at 300 Wacker Drive, Suite, 900, Chicago, Illinois, 60606; THE ESTATE OF FERDINAND E. MARCO; IMELDA R. MARCO; FERDINAND R. MARCO, JR.; MARIA IMELDA MARCOS; IRENE MARCOS ARANETA<br>     Defendant | Terry R. Grimm<br>[COR LD ret]<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601-9703 |
| FRONTIER RISK CAPITAL MANAGEMENT, L.C.C., a limited liability company organized and existing under the laws of the States of Nevada, with a registered office at 6100 Neil Road, Suite 500, Reno, NV. 89511 and an address at 300 Wacker Drive, Suite 900, Chicago, IL 60606; GROSVENOR CAPITAL LTD., a company organized and existing under the law of the United Kingdom, with an address at Grosvenor Gardens House, Suite 117, 35-37 Grosvenor Gardens, London SW1 W OBS, United Kingdom<br>     Defendant | Terry R. Grimm<br>(See above)<br>[COR LD ret] |
| THE ESTATE OF ROGER ROXAS<br>     Defendant - Appellant | Alexander T. MacLaren, Esq.<br>Suite 2450<br>[COR LD NTC ret]<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Daniel C. Cathcart, Esq.<br>FAX 310/785-9143<br>310/553-6630<br>Suite 810<br>[COR LD NTC ret]<br>MAGANA CATHCART & McCARTHY<br>1801 Avenue of the Stars<br>Los Angeles, CA 90067-5899<br><br>Ward D. Jones, Esq.<br>FAX 808/550-4991<br>808/550-4990<br>Suite 1400<br>[COR LD ret]<br>BERVAR & JONES |