United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   February 7, 2008

To:   United States Court of Appeals       Attn:   (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                          ( )    Criminal
      95 Seventh Street
      San Francisco, California 94103              ( )    Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CV 00-00595MLR          Appeal No:    #04-16401/16503/16538

Short Title:  Republic of The Phiippines, et al., vs. Mariano J. Pimental

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 17 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 17, 199, 132, 217, 249, 268, 304, 413

Acknowledgment: _____   Date: _____

cc: counsel