# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 16, 2008

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI 96850-0338

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 22 2008
DISTRICT OF HAWAII

Re: Republic of the Philippines, et al. v. Jerry S. Pimentel,
Temporary Administrator of the Estate of Mariano J.
Pimentel, Deceased, et al.
No. 06-1204
(Your No. V 00-00595MLR4)

Dear Clerk:

In light of the disposal of the above-entitled case by this Court, I am returning the original record and any exhibits to you – 4 boxes.

Kindly acknowledge receipt of this record on the enclosed copy of this letter.

Sincerely,

William K. Suter, Clerk

by *Eleanor L. Baptiste*

Eleanor L. Baptiste
Assistant Clerk

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: February 7, 2008

To:  CLERK, U.S. SUPREME COURT
ONE FIRST STREET, N.E.
WASHINGTON, D.C. 20543
ATTN: ELEANOR BAPTISTE
ph (202) 479-3125

Supreme court #06-1204
9th Circuit #04-16401/16503/16538
District court # CV 00-00595MLR

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:        CV 00-00595MLR         Appeal No:    #04-16401/16503/16538
Short Title:  Republic of The Philippines, et al., vs. Mariano J. Pimental

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 17 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 17, 199, 132, 217, 249, 268, 304, 413

Acknowledgment: _____   Date: _____

Box 1 of 4    Files 1-8
Box 2 of 4    Files 9-17
Box 3 of 4    Files 18-26
Box 4 of 4    Files 27 - 30,  Transcripts and Sealed Documents.

*[Stamp: RECEIVED FEB 12 2008 OFFICE OF THE CLERK SUPREME COURT, U.S.]*
*[Handwritten: 4 Boxes]*