IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>ARELMA, INC., et al.,<br><br>      Defendants. | Case No. CVOO-00595 MLR<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

    Served electronically through CM/ECF on August 28, 2008:

    William C. McCorriston    mccorriston@m4law.com

    Andrew V. Beaman    abeaman@chunkerr.com,
lwarfield@chunkerr.com, nshinozuka@chunkerr.com

    Bruce L. Lamon    blamon@goodsill.com

2282722.1

        Ward D. Jones        wdj@bervar-jones.com, mab@bervar-jones.com

        Sherry P. Broder        sherrybroder@sherrybroder.com

        Christopher J. Cole        ccole@carlsmith.com, eleming@carlsmith.com

        Robert A. Swift        rswift@kohnswift.com

1:00-cv-595 Notice will not be electronically mailed to:

Daniel C. Cathcart
Magana Cathcart @ McCarthy
1801 Avenue of the Stars, Suite 810
Los Angeles, CA   90067

Jack J. Cullen
Foster Pepper & Shefelman
1111 Third Ave, Suite 3400
Seattle, WA   98101

Jon Van Dyke
Corporation Counsel
2515 Dole Street, Room 239
Honolulu, HI   96822

Barbara Fortson
Sidley Austin Brown & Wood LLP
Alii Place
1099 Alakea Street, Suite 1800
Honolulu, HI   96813-2639

Alexander T. MacLaren
Pacific Tower
1001 Bishop Street, Suite 2450
Honolulu, HI   96813

A. Robert Pietrzak
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY   10019

Jeffrey S. Portnoy
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii  96813-4216

Clay Robbins
Magana Cathcart & McCarthy
1801 Avenue of the Stars, Suite 810
Los Angeles, CA   90017

Elizabeth Storch
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY   10019

DATE:  Honolulu, Hawaii, August 28, 2008.


/s/ Carol A. Eblen
JAY R. ZIEGLER
BARRY A. SMITH
CAROL A. EBLEN

Attorneys for Defendants
ARELMA S.A. and PHILIPPINE
NATIONAL BANK