# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 00-00595MLR |
| CASE NAME: | Merrill Lynch, Pierce, Fenner & Smith Incorporated vs. Arelma Inc. et al. |
| ATTYS FOR PLA: | Peter W. Olson, Esq.<br>Dan McLaughlin, Esq. (phone - visiting attorney) |
| ATTYS FOR DEFT: | Jay R. Ziegler, Esq.<br>David Gossett, Esq. (visiting attorney)<br>Carol A. Eblen, Esq.<br>Sherry P. Broder, Esq.<br>Jon Van Dyke, Esq.<br>Robert A. Swift, Esq. (phone) |

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | Gloria T. Bediamol |
| DATE: | September 10, 2008 | TIME: | 10:00 - 10:20 |

COURT ACTION:    STATUS CONFERENCE -

Status Conference Re: Filing and Spreading of the 9th CCA Mandate.

Discussion held.

The interpleader action Republic of the Philippines v. Pimentel is DISMISSED. The Court shall retain jurisdiction of the assets which is currently in the custody of the Clerk of the Court. The Clerk of the Court shall oversee an accounting of the assets in its custody, and disperse the proper assets to Merrill Lynch.

    Submitted by: Mary Rose Feria, Courtroom Manager